IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 3:22-CR-43-TAV-JEM |
| ) | |
| MICHAEL HARRIS, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Judge as may be appropriate.

This matter came before the Court for a detention hearing on June 2, 2022. The detention hearing was originally scheduled for May 26, 2022; however, on that same day, Defendant filed an Emergency Motion to Continue Detention Hearing [Doc. 23]. The Court granted Defendant's Emergency Motion and reset the detention hearing for June 2, 2022 [Doc. 24]. At the June 2 hearing, Assistant United States Attorney Anne-Marie Svolto appeared for the Government, and Attorney Richard L. Walter appeared for Defendant, who was also present.

The Government made an initial proffer to the Court outlining the factual background of this matter and presenting multiple exhibits for the Court's consideration, including the previously filed Criminal Complaint [Doc. 1], the Amended Pretrial Services Report prepared by the United States Probation Office, and several photographs. Following the Government's proffer, Defendant, through counsel, withdrew his request for a detention hearing and he agreed to be detained. Defendant previously completed a Waiver of Detention Hearing [Doc. 6], waiving his

right to a detention hearing, and reserving the right to move for a detention hearing at a later date. The Government did not object to the withdrawal of his request for a detention hearing.

Accordingly, pursuant to the waiver and Defendant's withdraw of his request for a detention hearing, the Court orders that Defendant continue to be **DETAINED**, and Defendant shall be held in the custody of the United States Marshal until a later detention hearing, if any, is held. The Court directs that Defendant be committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; that Defendant be afforded a reasonable opportunity for private consultation with counsel; and, on order of a court of the United States or on a request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

ENTER:

_Jill E. McCook_
Jill E. McCook
United States Magistrate Judge